JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET COVARRUBIAS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> C PLUS ELECTRONICS, INC., a California corporation, FROILAN BECERRA, an individual, and DOES 1-50, <br><br> Defendants. | Case No. 8:25-cv-00743-JWH-ADS <br><br> **JUDGMENT** |

Pursuant to the "Order Granting Defendants' Motion to Dismiss [ECF No. 11]" filed substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. This action is **DISMISSED without prejudice** for *forum non conveniens*.

3. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 20, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE